No. 1,625.—ROBERTSON, RESPONDENT, v. PROCTOR, SHERIFF, APPELLANT.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided October 20, 1902.

PER CURIAM.—Upon motion of the appellant herein this appeal is dismissed as settled, in accordance with the stipulation on file.

*Mr. W. G. Downey,* for Appellant.

*Messrs. Green & Cockrell,* for Respondent.

---

No. 1,848.—STATE, APPELLANT, v. McDONALD ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; J. B. Mc-Clernan, Judge.*

On motion to dismiss appeal.

Decided November 28, 1902.

PER CURIAM.—Upon motion of the attorney general, the appeal herein is dismissed.

*Mr. James Donovan, Attorney General,* for the State.

*Mr. B. S. Thresher,* and *Mr. J. L. Wines,* for Respondents.